DAVID J. MARTIN, ESQ.
DAVID J. MARTIN PLLC
NEVADA BAR NO. 9117
304 S. JONES BLVD, #4461
LAS VEGAS, NEVADA 89017
(t) 919-348-5152
David@djmartinlawnc.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEVADA

| | |
|---|---|
| WILLIAM EDDINS,<br><br>    Plaintiff,<br><br>v.<br><br>LLV CHINATOWN PLAZA, LLC,<br><br>    Defendant. | Case No: 2:23-CV-01495-JCM-BNW<br><br>**STIPULATION OF PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE** |

    Plaintiff WILLIAM EDDINS, by and through his counsel of record, and Defendant LLV CHINATOWN PLAZA, LLC, by and through his counsel of record, stipulates to Plaintiff's voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

//

IT IS STIPULATED that Plaintiff will voluntarily dismiss this matter with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 2nd day of July

/s/ David J Martin
David J. Martin PLLC
304 S. Jones Blvd, #4661
Las Vegas, Nevada 89017
Attorney for Plaintiff

/s/ Johnathon Fayeghi
Skylar Williams PLLC
410 S. Rampart Blvd
Las Vegas, Nevada 89145
Attorney for Defendant

IT IS SO ORDERED

DATED July 3, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE